IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RICHARD L. BROWN and GUADALUPE TORRES, as Parents and Next Friends of RICHARD BROWN TORRES, a minor. | ) ) ) ) ) |
| Plaintiffs, | ) No. 06 C 50107 ) ) |
| v. | ) ) |
| OVERHEAD DOOR CORPORATION, a corporation. | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT

Plaintiffs, Richard L. Brown and Guadalupe Torres, individually, hereby move this honorable court for judgment on defendant's Affirmative Defense to the Fourth Amended Complaint and on the Amended Counterclaim for Contribution. In support of this motion, plaintiff respectfully states:

Plaintiffs have filed their action in four counts as follows:

| | |
|---|---|
| Count I | Negligent Design – Injuries to Minor |
| Count II | Negligent Design – Parental Injuries Assignment |
| Count III | Willful and Wanton Design – Injuries to Minor |
| Count IV | Willful and Wanton Design – Parental Assignment |

Defendants filed an Answer, Affirmative Defenses and Amended Counterclaim for Contribution on October 23, 2007. *Document 139.* Defendants have alleged one affirmative defense, contributory negligence of Richard Brown and Guadalupe Torres.

The allegations of contributory fault of the parents are insufficient as a

matter of law, there is no genuine issue as to any material fact, and movants are entitled to judgment as a matter of law.

Plaintiffs bring this motion pursuant to *FRCP 12(c)* for judgment on the pleadings and pursuant to *FRCP 56*, for summary judgment on defendant's Affirmative Defense and Counterclaim.

WHEREFORE, Richard Brown and Guadalupe Torres respectfully request that they be granted judgment on the pleadings as to the affirmative defense and amended counterclaim for contribution, or in the alternative, that summary judgment be entered in their favor on those same pleadings by defendant.

Respectfully submitted,


/s/ Bruce R. Pfaff


Bruce R. Pfaff
Pfaff & Gill, Ltd.
One E. Wacker Drive
Suite 3310
Chicago, IL 60601
312/828-9666'
bpfaff@pfaffgill.com

Jeremy P. Bergstrom
PO BOX 81
CALEDONIA IL  61011-0081
(815) 608-6468
bergstrom.jeremy@gmail.com